UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21-cv-6-MOC

| | |
|---|---|
| DENNIS WILLAMS, | ) |
|           Plaintiff, | ) ) ) |
| v. | ) ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) ) |
|           Defendant. | ) |

This matter is before the Court by the United States Court of Appeals for the Fourth Circuit's Order remanding this case to the district court and on the parties' joint motion for remand under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3).

For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS THEREFORE ORDERED** that:

(1) Defendant's Consent Motion to Remand, (Doc. No. 38) is **GRANTED**.

Signed: November 18, 2022

Max O. Cogburn Jr
United States District Judge