# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Dennis Williams, ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 5:21-cv-00006-MOC | |
| ) | | |
| vs. ) | | |
| ) | | |
| Commissioner of Social Security, ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2022 Order.

November 21, 2022

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court